UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 11-134 (MJD/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | MOTION FOR CONTINUANCE |
| ) | |
| v. ) | |
| ) | |
| MICHAEL JOSEPH KRZYZANIAK, ) | |
| A/K/A MICHAEL JOSEPH CROBSY, ) | |
| ) | |
| Defendant. ) | |

Defendant, by his attorneys, hereby moves the Court for an Order continuing the date that objections to the Pre-Sentence Investigation Report ("PSIR") must be filed by the parties to October 28, 2011 from the original date of October 14, 2011, on the grounds that defense counsel did not receive a copy of the PSIR until Friday, October 7, 2011, defense counsel is preparing an Appellee's Brief in *U.S. v. Preston*, Court of Appeals No. 11-CR-2788, which is due on Monday October 17, and defense counsel needs until October 28, 2011 to adequately review the PSIR with defendant and to make the appropriate objections on behalf of defendant to provide effective assistance of counsel. Defense counsel will e-mail the Court with a proposed order.

Dated: October 12, 2011                                  Respectfully submitted,

                                                          By: /s/ Robert D. Sicoli
                                                          Law Offices of Robert D. Sicoli
                                                          Attorneys for Defendant
                                                          8000 Flour Exchange Building
                                                          310 Fourth Avenue South
                                                          Minneapolis, MN 55415
                                                          Telephone: (612) 871-0708
                                                          Reg. No. 17238

PDF created with pdfFactory trial version www.pdffactory.com